IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SUSAN E. GUNSALLUS, | No. 4:21-CV-00368 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| UNIVERSITY OF PITTSBURGH MEDICAL CENTER, | |
| Defendant. | |

## ORDER

**AND NOW**, this 4th day of January 2022, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant's motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) (Doc. 5) is **DENIED IN PART AND GRANTED IN PART**, as follows:

    a. **DENIED** as to Plaintiff's employment discrimination and retaliation claims in Counts I, II, III, IV, and V.

    b. **GRANTED WITH PREJUDICE** as to Plaintiff's constitutional claims in Count V.

2. Defendant shall file an Answer to the surviving claims in Plaintiff's Complaint (Doc. 1) on or before January 25, 2022.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge